212-995-2074     **Emily R. Daniel, Esq.**     edaniel123@yahoo.com
69 West 9th Street, # 6J
New York, NY 10011-8960

April 20, 2016

**VIA ELECTRONIC FILING**
Honorable William F. Kuntz
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Juan Carlos Nava-Valencia, 15 Cr. 583(WFK)

Dear Judge Kuntz:

    I am the CJA attorney assigned to represent Juan Carlos Nav-Valencia in the above-referenced case. At the Court's suggestion, I write this letter requesting the government's assistance in procuring necessary medical treatment for my client, who suffers from semi-paralysis in both hands and in one leg.

    My client has been detained at the Metropolitan Detention Center since March 28, 2106. After many attempts by the government and myself, my client was seen by a prison doctor who acknowledged that Mr. Nava-Valencia requires physical therapy for his disability. After several weeks in isolation, Mr. Nava-Valencia has been housed in the general population for over one week but still has not received any therapy (he was receiving therapy regularly before his incarceration). MDC has not returned any of my telephone calls and the government clearly has better luck in reaching them. I thus request the government's assistance in procuring the medical treatment which Mr. Nava-Valencia requires.

    I thank the Court for its time and consideration.

                                      Respectfully submitted,

                                      Emily R. Daniel, Esq.

cc: AUSA Michael Robotti
    AUSA Hiral Mehta